**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FERNANDO TENORIO,

    Petitioner,

v.   CASE NO. 8:03-CV-2558-T-30MSS
                                                                                                          8:00-CR-117-T-30MSS

UNITED STATES OF AMERICA,

    Respondent.
_____/

**O R D E R**

THIS matter comes before the Court for consideration of Petitioner's Application to Proceed *In Forma Pauperis* ("IFP") on appeal (Dkt. 24). Finding that Petitioner failed to satisfy the two-prong *Slack* test,[1] the Court denied Petitioner's application for issuance of a certificate of appealability and request to proceed on appeal IFP on July 5, 2006 (Dkt. 23). Petitioner fails to provide any basis for the Court to reconsider its decision.

ACCORDINGLY, the Court **ORDERS** that Petitioner's request to proceed on appeal *in forma pauperis* (Dkt. 24) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on July 17, 2006.

                                                                           JAMES S. MOODY, JR.
                                                                           UNITED STATES DISTRICT JUDGE

Copy furnished to:
All Parties/Counsel of Record

SA:jsh

---

[1] *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Eagle v. Linahan*, 279 F.3d 926, 935 (11th Cir. 2001).